**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: RELINQUISHMENT OF J.D., A MINOR

PETITION OF: F.D., FATHER

: No. 648 MAL 2016
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.